UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPLORICA, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELDERHOSTEL, INC.<br>d/b/a EXPLORITAS,<br><br>　　　　Defendant. | Civil Action No. 09-11719 |

## DECLARATION OF MICHAEL T. JONES

I, Michael T. Jones, under the penalties of perjury hereby depose and state as follows:

1. I submit this declaration based on personal knowledge and belief in support of Plaintiff Explorica, Inc.'s Motion for Preliminary Injunction in the above-captioned matter. I make this declaration primarily for purposes of authentication and I do not anticipate that any of the matters sworn to herein will be disputed.

2. I am an attorney at Goodwin Procter LLP, which represents Explorica in the above-captioned matter.

3. Attached hereto as Exhibit A is a true and correct copy of October 6, 2009 Letter from Douglas R. Wolf to Mark Puzella ("Wolf Letter").

4. Attached hereto as Exhibit B is a true and correct copy of "The History of Elderhostel, Inc. and Exploritas" downloaded from www.exploritas.com.

5. Attached hereto as Exhibit C is a true and correct copy of "Exploritas Fact Sheet" downloaded from www.exploritas.com.

6. Attached hereto as Exhibit D is a true and correct copy of an internet screenshot from the Elderhostel website http://www.exploritas.org/about/pos_page.asp.

7. Attached hereto as Exhibit E is a true and correct copy of an internet screenshot from the Elderhostel website http://www.exploritas.org/about/ets.asp.

8. Attached hereto as Exhibit F is a true and correct copy of an internet screenshot from the Elderhostel website http://www.exploritas.org//programs/intergen_list_international.asp.

9. Attached hereto as Exhibit G is a true and correct copy of an internet screenshot from the Elderhostel website http://www.exploritas.org/Programs/intergen_list_domestic.asp.

10. Attached hereto as Exhibit H is a true and correct copy of an internet screenshot from the Elderhostel website http://www.exploritas.org/about/PR120808.asp.

11. Attached hereto as Exhibit I is a true and correct copy of Caralee Adams, *Elderhostel Adventures Your Grandkids: Elderhostel has trips to satisfy curious travelers of all ages*, September 11, 2008, found at http://www.aarp.org/aarp/live_and_learn/journeys/articles/elderhostel_adventures_with_your_grandkids.html.

12. Attached hereto as Exhibit J is a true and correct copy of Eileen Ogintz, *Grandparents, Kids Take N.Y. with Elderhostel: 200 different Group Programs Start at $365 for 4 days, draw 7,000 people yearly*, August 10, 2009, as it appeared at http://www.msnbc.msn.com/id/32331586/ns/travel-family/.

13. Attached hereto as Exhibit K is a true and correct copy of Eileen Ogintz, *Elderhostel Trips Connect Kids and Grandparents* (2009), as it appeared at http://www.cnnstudentnews.cnn.com/2009/TRAVEL/getaways/08/10/elderhostel.nyc/index.html

14. Attached hereto as Exhibit L is a true and correct copy of an internet screenshot from the Elderhostel website http://www.exploritas.org/programs/change_faq.asp.

15. Attached hereto as Exhibit M is a true and correct copy of Elderhostel's September 23, 2009 press release.

16. Attached hereto as Exhibit N is a true and correct copy of "Elderhostel, Inc. Invites New Generation of Lifelong Learners to Explore the World" downloaded from www.exploritas.com.

17. Attached hereto as Exhibit O is a true and correct copy of Bella English, *Elderhostel Looks to the Younger Set / Broader Approach Irks Some Seniors*, The Boston Globe, September 29, 2009.

18. Attached hereto as Exhibit P is a true and correct copy of Kelly Greene, *Travelers Wanted: Elderhostel Is Hoping That A New Open-Door Policy—And A New Name—Will Revive Its Fortunes*, The Wall Street Journal, September 19, 2009.

19. Attached hereto as Exhibit Q is a true and correct copy of the logo downloaded from www.exploritas.org.

20. Attached hereto as Exhibit R is a true and correct copy of Elderhostel's 2008 Annual Report downloaded from www.exploritas.org.

21. Attached hereto as Exhibit S is a true and correct copy of Explorica's federal registration for the EXPLORICA Mark, U.S. Regis. No. 2,732,669, issued July 1, 2003.

22. Attached hereto as Exhibit T is a true and correct copy of Explorica's registration of the EXPLORICA Mark with the Commonwealth of Massachusetts, Reg. No. 65038, issued November 12, 2004.

23. Attached hereto as Exhibit U is a true and correct copy of Explorica's pending federal trademark application for the E Design Mark.

24. Attached hereto as Exhibit V is a true and correct list of Explorica's registrations of the EXPLORICA Mark in foreign jurisdictions.

25. Attached hereto as Exhibit W is a true and correct copy of *Elderhostel Does Some Rebranding*, as it appeared on Boston.com (September 22, 2009).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 3, 2009 in Boston, Massachusetts.

_____
Michael T. Jones