**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EXPLORICA, INC.<br><br>                    Plaintiff,<br><br>          v.<br><br>ELDERHOSTEL, INC.<br>d/b/a EXPLORITAS,<br><br>                    Defendant. | Civil Action No.  09-11719 |

**<u>NOTICE OF MANUAL FILING WITH CLERK'S OFFICE</u>**

Notice is hereby given that the documents, declarations, and exhibits listed below have

been manually filed with the Court:

1.     Plaintiff's Assent-to Motion For Leave To Reply;

2.     Exhibit A – Plaintiff's Reply Memorandum In support Of Plaintiff Explorica,
        Inc.'s Motion For Preliminary Injunction; and

3.     Second Declaration of Michael T. Jones and attached Exhibits A – KK.

The original of the documents referred to herein are maintained in the case file in the

Clerk's Office.

Respectfully submitted,

EXPLORICA, INC.,

By its attorneys,

Dated: January 20, 2010                    /s/ Mark S. Puzella
                                           Mark S. Puzella (BBO No. 644850)
                                             mpuzella@goodwinprocter.com
                                           Robert M. O'Connell, Jr. (BBO No. 559667)
                                             roconnell@goodwinprocter.com
                                           Michael T. Jones (BBO No. 661336)
                                             mjones@goodwinprocter.com
                                           GOODWIN PROCTER LLP
                                           Exchange Place
                                           Boston, Massachusetts 02109-2881
                                           Tel: (617) 570-1000
                                           Fax: (617) 523-1231


## CERTIFICATE OF SERVICE

I, Mark S. Puzella, hereby certify that a true copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 20, 2010.


                                           /s/ Mark S. Puzella
                                           Mark S. Puzella