# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**Explorica, Inc.,**
    **Plaintiff(s)**

      V.                    CIVIL ACTION NO. 1:09cv11719-RGS

**Elderhostel, Inc. d/b/a Exploritas,**
    **Defendant(s)**

### ORDER RESETTING CIVIL CASE FOR JURY TRIAL

**STEARNS, DJ.**

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON <u>February 16, 2010 at 9:00 A.M.</u> IN COURTROOM # 21, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE <u>February 8, 2010</u>, COUNSEL SHALL FILE ELECTRONICALLY THE FOLLOWING MATERIALS WITH THE COURT:

1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;

3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;

4. A "Joint List of Exhibits" as to which there is NO objection, <u>**IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS**</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>**ADMITTED**</u> and need NOT be independently offered at trial;

5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>**IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,**</u> regardless of which party is the proponent of an exhibit;

6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

7. A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;

8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

9. In cases to be tried by a jury:
   A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
   B. ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
   C. ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
   D. A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict. This policy is <u>strictly enforced by the Court</u> as there is no space

at the Courthouse to store exhibits after a trial has ended.
Exhibits not reclaimed by counsel will be discarded.

11. A <u>FINAL PRE-TRIAL CONFERENCE</u> will be held by the Court on <u>FEBRUARY 8, 2010 at 2:15 P.M.</u>

SO ORDERED.

                                  RICHARD G. STEARNS
                                  UNITED STATES DISTRICT JUDGE

BY:     /s/ *Terri Seelye*
                          _____
                                  Deputy Clerk

**DATED AT BOSTON:**   January 26, 2010