**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EXPLORICA, INC.<br><br>   Plaintiff,<br><br> v.<br><br>ELDERHOSTEL, INC.<br>d/b/a EXPLORITAS,<br><br>   Defendant. | Civil Action No. 09-11719 |

**PLAINTIFF EXPLORICA, INC.'S LIST OF PROSPECTIVE WITNESSES**

Pursuant to the Court's Order dated January 26, 2010, Plaintiff Explorica, Inc. provides its list of prospective witnesses for trial as follows:

**Will Call List**

(1) Olle Olsson
   Explorica, Inc.
   145 Tremont Street, 6th Floor
   Boston, Massachusetts 02111

(2) Marc Mann
   Explorica, Inc.
   145 Tremont Street, 6th Floor
   Boston, Massachusetts 02111

(3) Stephane Cosse
   Explorica, Inc.
   145 Tremont Street, 6th Floor
   Boston, Massachusetts 02111

(4) Kestrel Dunn
   Explorica, Inc.
   145 Tremont Street, 6th Floor
   Boston, Massachusetts 02111

(5) JoAnn Bell

   Elderhostel, Inc.
   11 Avenue De Lafayette
   Boston, Massachusetts 02111

**<u>May Call List</u>**

(6)  Alexa Poulin
   Explorica, Inc.
   145 Tremont Street, 6th Floor
   Boston, Massachusetts 02111

(7)  Birgitta Zissis
   76 Marlborough Street
   Boston, Massachusetts 02446

(8)  James Moses
   Elderhostel, Inc.
   11 Avenue De Lafayette
   Boston, Massachusetts 02111

(9)  Peter Spiers
   Elderhostel, Inc.
   11 Avenue De Lafayette
   Boston, Massachusetts 02111

(10)  Elderhostel damages witness
   Elderhostel, Inc.
   11 Avenue De Lafayette
   Boston, Massachusetts 02111

(11)  Steve Smith
   Brand Equity International
   2330 Washington Street
   Newton, Massachusetts 02462

(12)  Robert Jelley
   22 Ponemah Road, #16
   Milford, NH 03055
   (*via deposition*)

                                      Respectfully submitted,

                                      EXPLORICA, INC.

                                      By its attorneys,

/s/ Mark S. Puzella
Mark S. Puzella (BBO No. 644850)
  *mpuzella@goodwinprocter.com*
James C. Rehnquist (BBO No. 552602)
  *jrehnquist@goodwinprocter.com*
R. David Hosp (BBO No. 634091)
  *rhosp@goodwinprocter.com*
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Dated: February 8, 2010                Fax: 617.523.1231

## **CERTIFICATE OF SERVICE**

I, Mark S. Puzella, hereby certify that this document filed through the ECF system on February 8, 2010 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Mark S. Puzella
                                        Mark S. Puzella