IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EXPLORICA, INC.

Plaintiffs,

v.

ELDERHOSTEL, INC.
d/b/a EXPLORITAS,

Defendants.

Civil Action No. 09-11719-RGS

## ELDERHOSTEL'S PROPOSED VERDICT FORM

Pursuant to the Court's Order dated January 26, 2010, Elderhostel proposes the following

verdict form.

**JURY VERDICT**

**Question 1:**

**Has plaintiff Explorica proven by a preponderance of the evidence that Explorica's use of its mark shown below,**



**and Elderhostel's use of its mark shown below,**



**are substantially similar?**

Answer 1.    YES _____    NO _____

If your answer to Question 1 was "No" please stop and return your verdict form to the Court officer – you have reached a verdict.

If your answer was "Yes" please continue on to Question 2.

**Question 2:**

**Has plaintiff Explorica established by a preponderance of the evidence that a substantial number of reasonably prudent customers are likely to be confused by the similarity between the trademarks shown above into mistakenly believing that Elderhostel is the source or sponsor of Explorica's services?**

Answer 2.    YES _____    NO _____

If your answer to Question 2 was "No" please stop and return your verdict form to the Court officer – you have reached a verdict.

If your answer was "Yes" please continue on to Question 3.

**Question 3:**

**Has Explorica established that Elderhostel, in adopting the EXPLORITAS mark, willfully intended to deceive potential customers or to improperly benefit from Explorica's reputation?**

Answer 3.      YES _____    NO _____

I certify that the above answer(s) represent the unanimous verdict of the jury.

Date:_____                                    _____

                                                                            Foreperson

Respectfully submitted,

ELDERHOSTEL, INC.

By its attorneys,

Dated:  February 11, 2010

/s/ Michael A. Albert
Michael Albert, BBO #558566
malbert@wolfgreenfield.com
Allen Rugg, BBO #674484
arugg@wolfgreenfield.com
Jeffrey C. O'Neill, BBO #663254
joneill@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel: 617.646.8000  Fax: 617.646.8646

Ilan N. Barzilay, BBO # 643978
ibarzilay@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA  02210
Tel: 617.946.4800  Fax: 617.946.4801

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert