UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EXPLORICA, INC.,

        Plaintiff,

   v.

ELDERHOSTEL, INC.
d/b/a/ EXPLORITAS, ,

        Defendant.

Civil Action No. 09-11719-RGS

## **EXHIBIT LISTS**

Pursuant to the Court's January 26, 2010 Order, Plaintiff Explorica, Inc. ("Explorica") and Defendant Elderhostel, Inc. d/b/a Exploritas ("Elderhostel") hereby submit the following "Joint List of Exhibits" and "List of Exhibits to be Offered at Trial. Explorica and Elderhostel (collectively, "the Parties") reserve the right to supplement and amend these lists. The Parties further reserve the right to offer as evidence additional documents as needed for rebuttal. Finally, the Parties reserve the right to introduce any exhibit appearing on the opposing party's list of exhibits to be offered at trial. The Parties further state that they reserve the right to supplement these objections.

# JOINT LIST OF EXHIBITS

| TRIAL EXHIBIT NO. | DEP. EXHIBIT NO. | BATES NO. | | DESCRIPTION OF EXHIBITS | DATE |
|---|---|---|---|---|---|
| 1 | | | | Five Explorica catalogs, copies of which were produced by Explorica on Feb. 3, 2010 | |
| 2 | | | | Eight Exploritas catalogs, copies of which were produced by Elderhostel on Feb. 3, 2010 | |
| 3 | | | | Explorica's federal registration for the EXPLORICA Mark, US Regis. No. 2,732,669 | |
| 4 | | | | Explorica's registration for the EXPLORICA Mark with the Comm. of MA, Reg. No. 65038 | |
| 5 | | | | Brochure for Explorica Family Tours (Olsson Dec. Ex. E) | |
| 6 | | | | Brochure for Espiritour (Olsson Dec. Ex. F) | |
| 7 | | EXPLORICA_001094 | EXPLORICA_001172 | Explorica – The Product | |
| 8 | | EXPLORICA_000337 | EXPLORICA_000435 | Strategy Plan Explorica 2008-2010 | |
| 9 | | EXPLORICA_001259 | EXPLORICA_001365 | Explorica Strategic Quantification 2010-2012 | |
| 10 | | EH005285 | EH005285 | The History of Elderhostel, Inc. and Exploritas | |
| 11 | | | | Exploritas Fact Sheet (Jones. Dec. I, Ex. C) | |
| 12 | | EH015402 | EH015402 | Elderhostel Corporate Structure Chart | |
| 13 | Moses 18 | EH009021 | EH009089 | Brand Equity Oct. 18, 2007 Power Point Presentation | 10/18/2007 |
| 14 | Smith 10 | | | Brand Equity Name Development, Nov. 29, 2007 Power Point Presentation | 11/29/2007 |
| 15 | Moses 19 | EH009090 | EH009155 | Brand Equity Name Development Round 2, Dec 14, 2007 Power Point Presentation | 12/14/2007 |
| 16 | Moses 20 | EH008878 | EH008918 | Elderhostel Slide Deck for January 25, 2008 Board Meeting | 01/25/2008 |
| 17 | | EH016890 | EH016904 | Elderhostel, Inc.: Name Development, Corporate Identity and Branding Architecture Program | 05/15/2007 |
| 18 | | | | Elderhostel Press Release (Jones Decl. I, Ex. M) | |
| 19 | | | | "Elderhostel, Inc. Invites New Generation of Lifelong Learners to Explore the World" (Jones Dec. I, Ex. N) | |
| 20 | | EH012984 | EH013005 | Becoming Exploritas: Advisor Communication Guide | |
| 21 | | EH005132 | EH005145 | Email re Exploritas Communication Guide and attachment | |
| 22 | | EH016398 | EH016402 | Letter from MS&L to Spiers | |
| 23 | | EXPLORICA_004301; EXPLORICA_004302; EXPLORICA_004305; | | Compilation of email communications between JoAnn Bell and Olle Olsson | |

| | | | | |
|---|---|---|---|---|
| | | EXPLORICA_004306; EXPLORICA_004309-004310; EXPLORICA_004311; EXPLORICA_004322; EXPLORICA_004324-004325 | | |
| 24 | Moses 36 | EXPLORICA_ 000036 | EXPLORICA_ 000036 | Email from Bell to Kellerd re Exploritas Staff Attending Conference | |
| 25 | | EXPLORICA_ 004726 | EXPLORICA_ 005468 | Compilation of Explorica and Exploritas Tour Itineraries | |
| 26 | | Various documents with EXPLORICA_ bates stamp[1] | | Collection of Explorica Tour Price Quotes for adult tours | |
| 27 | | | | NAU Exploritas "Rafting the Grand Canyon" Intergenerational, available at http://www.youtube.com/watch?v=7T9NDabW1ck | |
| 28 | | | | Intergenerational Elderhostel with the Land for Learning Institute, available at http://www.youtube.com/watch?v=9p5scUqJ6iY&feature=related | |
| 29 | | | | Living Museum Part 1, available at http://www.youtube.com/watch?v=boJbNINblIA&feature=related | |
| 30 | | | | Living Museum Part 2 available at http://www.youtube.com/watch?v=ZjNE6tN-tyk | |
| 31 | | | | Sagamore Part 1, available at http://www.youtube.com/watch?v=mbebcvM5-qw | |
| 32 | | EXPLORICA_006640; EXPLORICA_006641; EXPLORICA_006642; EXPLORICA_006643; EXPLORICA_006644 | | Compilation of documents representing Espiritour tours Price Quotes | |
| 33 | | EH017288 | EH017351 | Sample Explorica catalog (Mann Dec. Ex. | |

---

[1] EXPLORICA_006503; EXPLORICA_006507; EXPLORICA_006510; EXPLORICA_006511; EXPLORICA_006514; EXPLORICA_006515; EXPLORICA_006518; EXPLORICA_006519; EXPLORICA_006520; EXPLORICA_006521; EXPLORICA_006522; EXPLORICA_006523; EXPLORICA_006524; EXPLORICA_006525; EXPLORICA_006526; EXPLORICA_006527; EXPLORICA_006528; EXPLORICA_006530; EXPLORICA_006531; EXPLORICA_006533; EXPLORICA_006534; EXPLORICA_006535; EXPLORICA_006542; EXPLORICA_006543; EXPLORICA_006544; EXPLORICA_006546; EXPLORICA_006548; EXPLORICA_006551; EXPLORICA_006553; EXPLORICA_006555; EXPLORICA_006557; EXPLORICA_006558; EXPLORICA_006559; EXPLORICA_006560; EXPLORICA_006562; EXPLORICA_006563; EXPLORICA_006564; EXPLORICA_006565; EXPLORICA_006568; EXPLORICA_006570; EXPLORICA_006572; EXPLORICA_006573; EXPLORICA_006576; EXPLORICA_006577; EXPLORICA_006579; EXPLORICA_006580; EXPLORICA_006582; EXPLORICA_006584; EXPLORICA_006586; EXPLORICA_006587; EXPLORICA_006588; EXPLORICA_006591; EXPLORICA_006592; EXPLORICA_006593; EXPLORICA_006597; EXPLORICA_006598; EXPLORICA_006599; EXPLORICA_006601; EXPLORICA_006602; EXPLORICA_006603; EXPLORICA_006605; EXPLORICA_006608; EXPLORICA_006609; EXPLORICA_006613; EXPLORICA_006615; EXPLORICA_006617; EXPLORICA_006621; EXPLORICA_006622; EXPLORICA_006624; EXPLORICA_006625; EXPLORICA_006626; EXPLORICA_006628; EXPLORICA_006629; EXPLORICA_006631; EXPLORICA_006634; EXPLORICA_006637; EXPLORICA_006638; EXPLORICA_006639; and EXPLORICA_006650.

| # | | Begin | End | Description | Date |
|---|---|---|---|---|---|
| | | | | A) | |
| 34 | | EH017352 | EH017368 | Sample Explorica mini-brochure (Mann Dec. Ex. B) | |
| 35 | | EH017369 | EH017373 | Sample Explorica "advertorial" insert from Travel New England (Mann Dec. Ex. C) (see also EXPLORICA_001743-1746) | |
| 36 | | EH017374 | EH017375 | Sample Explorica fliers sent via mail (Mann Dec. Ex. D) | |
| 37 | | EH017376 | EH017378 | Sample Explorica fliers sent via mail (Mann Dec. Ex. E) | |
| 38 | | EH017379 | EH017381 | Sample Explorica fliers sent via mail (Mann Dec. Ex. F) | |
| 39 | | EH017382 | EH017384 | Sample Explorica fliers sent via mail (Mann Dec. Ex. G) | |
| 40 | | EH017385 | EH017387 | Sample Explorica fliers sent via mail (Mann Dec. Ex. H) | |
| 41 | | EH017388 | EH017390 | Sample Explorica postcards sent via mail (Mann Dec. Ex. I) | |
| 42 | | EH017391 | EH017392 | Sample Explorica postcards sent via mail (Mann Dec. Ex. J) | |
| 43 | | EH017393 | EH017394 | Sample Explorica postcards sent via mail (Mann Dec. Ex. K) | |
| 44 | | EH017395 | EH017396 | Sample Explorica postcards sent via mail (Mann Dec. Ex. L) | |
| 45 | | EH017397 | EH017398 | Sample Explorica postcards sent via mail (Mann Dec. Ex. M) | |
| 46 | | MS&L000101 | MS&L000108 | Exploritas Name Change Results Overview | 11/13/2009 |
| 47 | | EH000001 | EH000001 | Elderhostel's brochures under Exploritas | |
| 48 | | EH000025 | EH000026 | Timeline of Name Announcement | |
| 49 | | EH000043 | EH000052 | Branding Initiative Progress Report, from the President's Reprt, Full Board Meeting | 05/15/2008 |
| 50 | | EH000062 | EH000066 | Branding Transition Plan and Timetable, from the President's Report, Full Board Meeting | 05/15/2008 |
| 51 | | EH000385 | EH000391 | FAQ's for Call Center | |
| 52 | | EH000829 | EH000834 | Competitive Analysis | |
| 53 | | EH001086 | EH001094 | President's Report | 10/00/2008 |
| 54 | | EH001101 | EH001109 | Elderhostel Performance Results for Strategic Objectives 2009 | |
| 55 | | EH001166 | EH001168 | Elderhostel's Brand Identity Process: The Timeline (2002 - 2008) | |
| 56 | | EH001263 | EH001264 | Email from JoAnn Bell to Kristin Moore, re: the intergenerational program insert into the October catalog | 08/10/2009 |
| 57 | | EH001320 | EH001320 | Email from Olle Olsson to JoAnn Bell re Logan Airport News Advertorial, Bell's niece, and resume | 05/01/2008 |
| 58 | | EH001367 | EH001367 | Email from JoAnn Bell to Olle Olsson re Wyndham Hotels | 07/01/2008 |
| 59 | | EH002691 | EH002731 | Exploritas Brand Guide | 04/13/2009 |
| 60 | | EH003336 | EH003336 | Email from McGovern to Senior Staff re: Senior Staff Discussion | 03/21/2008 |
| 61 | | EH004080 | EH004094 | Document entitled, A New Era of Leadership | |
| 62 | | EH005069 | EH005081 | Exploritas Communications Guide | 01/28/2009 |

LIBA/2065487.1

| # | | Begin Bates | End Bates | Description | Date |
|---|---|---|---|---|---|
| 63 | | EH005082 | EH005082 | Exploritas Marketing Doc - Foundation of Elderhostel (House Structure) | |
| 64 | | EH006165 | EH006167 | Elderhostel's Brand Identity Process (DRAFT) | 01/00/2008 |
| 65 | Moses 11 | EH006881 | EH006908 | Elderhostel Strategic Plan 2006-2010 | |
| 66 | | EH009018 | EH009018 | Conference Spreadsheet | |
| 67 | | EH009867 | EH009868 | Email from Smith to Spiers re: feedback on the Brand Identity Guide | 02/27/2009 |
| 68 | | EH009939 | EH009939 | Email from Smith to Spiers re: Brand Guide | 04/13/2009 |
| 69 | | EH009940 | EH009980 | Exploritas Brand Identity Guide | 04/13/2009 |
| 70 | | EH011543 | EH011565 | Email from Giller to Spiers attaching Exploritas Training Guide | 03/31/2009 |
| 71 | | EH012984 | EH013005 | Exploritas document entitled, Becoming Exploritas: Advisor Communication Guide | 05/00/2009 |
| 72 | | EH017254 | EH017255 | Explorica receipt re Learning Later Link | 09/03/2009 |
| 73 | | EH017443 | EH017445 | Explorica Brochure pages (EH017443-017445) | |
| 74 | | EH017446 | EH017452) | Espiritour Brochure | |
| 75 | | EXPLORICA_000337 | EXPLORICA_000435 | Explorica Strategy Plan 2008-2010 | 04/09/2008 |
| 76 | Poulin 14 | EXPLORICA_000580 | EXPLORICA_000582 | Brainstorming Session | |
| 77 | | EXPLORICA_000595 | EXPLORICA_000596 | Explorica Roster Log | |
| 78 | | EXPLORICA_001259 | EXPLORICA_001363 | Explorica Strategic Quantification 2010-2012 | |
| 79 | | EXPLORICA_001729 | EXPLORICA_001730 | Espiritour Brochure | |
| 80 | | EXPLORICA_001732 | EXPLORICA_001733 | Explorica Family Tours Brochure | |
| 81 | | EXPLORICA_001742 | EXPLORICA_001746 | Email from Poulin re advertorial in Travel New England and attached Advertorial | 03/27/2007 |
| 82 | | EXPLORICA_004330 | EXPLORICA_004332 | Email from Bromberger to Kirkman and Cestari re Adult Trips | 03/11/2008 |
| 83 | | EXPLORICA_006945 | EXPLORICA_006945 | Explorica Tour Code Key | |
| 84 | | | | Educational Travel | Leading your First Tour | Explorica, available at http://www.youtube.com/watch?v=cOOmpsky6y0 | |
| 85 | | | | Explorica Costa Rica 2007, available at http://www.youtube.com/watch?v=j55HMf0LFkE | |
| 86 | | | | London / Paris Explorica Trip, available at http://www.youtube.com/watch?v=Ebh4CCPc8qo | |
| 87 | | | | Grandparents' singing tribute to Elderhostel Intergenerational Arizona Trip #2520, available at http://www.youtube.com/watch?v=_oBDOQs9NI0 | |
| 88 | | EH001812 | EH001813 | Email from Faucher to bunbury11@roadrunner.com | 09/28/2009 |
| 89 | | EH005866 | EH005866 | Q&A – Age Messaging | 09/23/2009 |
| 90 | | EH006971 | EH006972 | Exploritas document entitled, A few | |

LIBA/2065487.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | thoughts on our age policy | |
| 91 | | EH011481 | EH011502 | President's Report May 2009 | 05/14/2009 |
| 92 | | EH012981 | EH012981 | Document entitled, How to Handle the Exploritas Age Question | |
| 93 | | EH013006 | EH013007 | A few thoughts on our age policy | 09/25/2009 |
| 94 | | EH017219 | EH017219 | USPTO Trademark Registration No. 3,729,057 for Exploritas[2] | |
| 95 | | EH017256 | EH017256 | Espiritour website | |
| 96 | | EH017257 | EH017258 | Explorica.com Parents Website | |
| 97 | | EH017264 | EH017265 | Explorica.com Teachers page | |
| 98 | | EH017266 | EH017267 | Explorica.com Students page | |
| 99 | | EH017268 | EH017276 | Exploritas.com Domestic page | |
| 100 | | EH017277 | EH017287 | Exploritas International page | |
| 101 | | EH017399 | EH017400 | Explorica Spider Picture | |
| 102 | | EH017416 | EH017416 | Explorica Amsterdam and Paris page | |
| 103 | | EH017419 | EH017420 | Explorica Amsterdam and Paris website page | |
| 104 | | EH017421 | EH017421 | Explorica Instant Tour Customizer website page | |
| 105 | | EH017422 | EH017422 | Explorica.ca website page | |
| 106 | | EH017423 | EH017423 | Explorica parents website page | |
| 107 | | EH017424 | EH017424 | Explorica students website page | |
| 108 | | EH017425 | EH017425 | Explorica Amsterdam and Paris website page | |
| 109 | | EH017426 | EH017426 | Explorica teachers website page | |
| 110 | | EH017427 | EH017427 | Explorica website page | |
| 111 | | EH017428 | EH017428 | Explorica family tours website page (server not found error) | |
| 112 | | EH017434 | EH017434 | Exploritas website page | |
| 113 | | EH005785 | EH005788 | Email from Beudoin to Spiers re Elderhostel News Embargo dated | 05/29/2009 |
| 114 | | EH002769 | EH002270 | Email from Spiers to Moses re 55 age qualification | 06/09/2009 |
| 115 | | EH001097 | EH001100 | Elderhostel's Strategic Objectives 2010 | |
| 116 | | EH012938 | EH012946 | Elderhostel Marketing Expense since 2000 | |
| 117 | | EH012947 | EH012947 | Elderhostel chart regarding marketing campaigns | |
| 118 | | EH016316 | EH016321 | Active and Completed Campaigns since 9/1/2009 | |
| 119 | | EH012935 | EH0012937 | Elderhostel's marketing in publications | |
| 120 | | | | List of Google keywords purchased by Elderhostel (Jones Dece. II, Ex. JJ) | |
| 121 | | MS&L000014 | MS&L000042 | An Exploration & Evolution in Messaging | |
| 122 | | MS&L000055 | MS&L000070 | Exploritas Communications Guide | |
| 123 | | | | | |
| 124 | | | | | |
| 125 | | EXPLORICA_000121 | EXPLORICA_000140 | Explorica Inc. PowerPoint Presentation | |
| 126 | | EXPLORICA_000162 | EXPLORICA_000185 | Explorica Student Travel and Learning Portal Business Plan, dated Summer 2005 | |
| 127 | | EXPLORICA_ | EXPLORICA_ | Strategy Plan Explorica 2008-2010 Board | 04/09/2008 |

---

[2] EH017252 is a duplicate.

| | | 000220 | 000336 | Presentation | |
|---|---|---|---|---|---|
| 128 | | EXPLORICA_000604 | EXPLORICA_000678 | Explorica Board Meeting | 08/25/2009 |
| 129 | | EXPLORICA_000679 | EXPLORICA_000789 | Explorica Board Meeting | 06/17/2009 |
| 130 | | EXPLORICA_000790 | EXPLORICA_000834 | Explorica Board Meeting | 03/11/2009 |
| 131 | | EXPLORICA_000872 | EXPLORICA_000930 | Explorica Management Meeting | 07/01/2009 |
| 132 | | EXPLORICA_000931 | EXPLORICA_001072 | Explorica document entitled Brief Update - 2008 and 2009 | |
| 133 | | EXPLORICA_001073 | EXPLORICA_001087 | Explorica Market Research and Opportunities | 01/08/2007 |
| 134 | | EXPLORICA_001173 | EXPLORICA_001258 | Explorica Strategy Plan | |
| 135 | | EXPLORICA_001632 | EXPLORICA_001728 | Sales and Marketing 2.0 | 01/15/2007 |
| 136 | | EXPLORICA_001806 | EXPLORICA_001806 | Email from Poulin to Hoffman re: Sub-Brands | 07/10/2008 |
| 137 | | EXPLORICA_001854 | EXPLORICA_001871 | Espiritour Faith Based Program 2008 Spring Kickoff Presentation, | 01/14/2008 |
| 138 | | EXPLORICA_001872 | EXPLORICA_001885 | Espiritour Pastor Reinard's Espritour: Apostle Paul - Life and Ministry | |
| 139 | | EXPLORICA_002002 | EXPLORICA_002002 | Email from Poulin to Cestari re: family tours brochure | 04/17/2007 |
| 140 | | EXPLORICA_002070 | EXPLORICA_002090 | Explorica Unique Selling Proposition Study Results | 03/30/2009 |
| 141 | | EXPLORICA_002091 | EXPLORICA_002115 | Response Rates Chart | |
| 142 | | EXPLORICA_002116 | EXPLORICA_002141 | Explorica 2010 Product Development Presentation | |
| 143 | | EXPLORICA_004305 | EXPLORICA_004305 | Email from Bell to Olsson re: Wyndham Hotels, dated 07/01/2008 | |
| 144 | | EXPLORICA_004309 | EXPLORICA_004310 | Email from Bell to Olsson re: Explorica's New Premium Tours, dated 09/19/2006 | |
| 145 | | EXPLORICA_004377 | EXPLORICA_004379 | Email from Cestari to Poulin re: Naming | 04/10/2006 |
| 146 | | EXPLORICA_006945 | EXPLORICA_006945 | Explorica Tour Code Descriptions | |
| 147 | | EXPLORICA_006949 | EXPLORICA_006976 | Explorica Creative Strategy presentation | 04/07/2009 |
| 148 | | | | Explorica's pending federal trademark application for the E Design Mark (Jones Dec. I, Ex. U) | |
| 149 | Bell 1 | EH001921 | EH001933 | Email from Bell to Lembke re Brand Force Task meeting and attaching Explortias Communication Guide | 01/14/2008 |
| 150 | Bell 2 | EH000277 | EH000277 | Email from Spiers to Moses re "real age" calculator | 03/08/2009 |
| 151 | Bell 3 | EH002624 | EH002630 | Email from Giller to Moses, Spiers, and Lembke attaching meeting notes and list of Elderhostel interviewees | 09/20/2007 |
| 152 | Smith 1 | EH005155 | EH005159 | Email from Smith to Spiers re ID guide and attached QA for ID Guide | 02/25/2009 |
| 153 | Smith 7 | EH002600 | EH002601 | Email from Nathan Ho regarding Brand | 06/14/2007 |

| | | | | Equity interviews | |
|---|---|---|---|---|---|
| 154 | Smith 13 | EH005132 | EH005145 | Email from Giller to Spiers attaching Exploritas Communication Guide | 02/06/2009 |
| 155 | Smith 15 | EH005169 | EH005173 | Email from Giller to Spiers attaching Brand Training Outline | 02/21/2009 |

LIBA/2065487.1

# LIST OF EXHIBITS TO BE OFFERED AT TRIAL

# PLAINTIFF EXPLORICA'S EXHIBITS TO BE OFFERED AT TRIAL

A) List of Explorica's registrations of the EXPLORICA Mark in foreign jurisdictions (Jones Dec. I, Ex. V)

B) Singapore Explorica Trademark Certificate (EXPLORICA_005626-000527)

C) Australia Explorica Trademark Certificate (EXPLORICA_005485)

D) Canada Explorica Trademark Certificate (EXPLORICA_005495-00005498)

E) Chile Explorica Trademark Certificate (EXPLORICA_005514)

F) European Community Explorica Trademark Certificate (EXPLORICA_005531-005538)

G) Hungary Explorica Trademark Certificate (EXPLORICA_005586-005587)

H) Indonesia Explorica Trademark Certificate (EXPLORICA_005604-005609)

I) Mexico class 39 Explorica Trademark Certificate (EXPLORICA_005612)

J) Mexico class 42 Explorica Trademark Certificate (EXPLORICA_005613)

K) New Zealand Explorica Trademark Certificate (EXPLORICA_005618)

L) Korea Explorica Trademark Certificate (EXPLORICA_005637-005640)

M) Thailand Explorica Trademark Certificate (EXPLORICA_005668-005669)

N) Taiwan Explorica Trademark Certificate (EXPLORICA_005653)

O) Explorica's World Intellectual Property Organization Trademark Registration (EXPLORICA_007015)

P) Argentina Explorica Trademark Certificate (EXPLORICA_007000-007003)

Q) Hong Kong Explorica Trademark Certificate (EXPLORICA_005557

R) Explorica Employee Handbook (EXPLORICA_005861-005900)

S) Explorica Website available at www.explorica.com in the form of an electronic copy of certain pages from website as they existed on a specific capture date, accompanied by certain other links within the website as they existed on that same date and capable of simulated web interaction. Folders containing electronic copies of these website pages and screenshots of website pages shall be produced by Friday, February 12, 2010.)

T)     Espiritour Website available at www.espiritour.com in the form of an electronic copy of certain pages from website as they existed on a specific capture date, accompanied by certain other links within the website as they existed on that same date and capable of simulated web interaction. Folders containing electronic copies of these website pages and screenshots of website pages shall be produced by Friday, February 12, 2010.)

U)     Exploritas Website available at www.exploritas.com in the form of an electronic copy of certain pages from website as they existed on a specific capture date, accompanied by certain other links within the website as they existed on that same date and capable of simulated web interaction. Folders containing electronic copies of these website pages and screenshots of website pages shall be produced by Friday, February 12, 2010.)

V)     Record of Communication for Kestrel Dunn (EXPLORICA_007016-007017)

W)    Information Request from Judy Kieca, December 10, 2009 (EXPLORICA_002180)

X)     Screenshot: Natalie Schultz contact information (EXPLORICA_006712)

Y)     Scan of envelope addressed to Exploritas from NW Discoveries (EXPLORICA_006713)

Z)     Email and attachment from Lufthansa Airlines (EXPLORICA_006714-006717)

AA)   Info Request from Anne Kass, December 22, 2009 (EXPLORICA_006718)

AB)   Natalie Schutz email, January 7, 2010 (EXPLORICA_006719-006720)

AC)   Email to Mr. Cosse (Cosse Ex. 5) (EXPLORICA_004198)

AD)   Sample Blog Roll (Olsson Dec. Ex. J)

AE)   Google Search results for "educational travel" (Olsson Dec. Ex. K)

AF)   ZoomInfo Search results for "educational travel" (Olsson Dec. Ex. L)

AG)   Adventure Tour List (Olsson Dec. Ex. H)

AH)   "Learning Later, Living Greater" (Olsson Dec. Ex. I)

AI)    Spreadsheet of inquiries made to Explorica concerning adult tours (EXPLORICA_006721-006889)

AJ)    Compilation of emails regarding adult tours (EXPLORICA_000009; EXPLORICA_000010; EXPLORICA_000012; EXPLORICA_000013-000014; EXPLORICA_000015; EXPLORICA_000016; EXPLORICA_000017; EXPLORICA_000020-000021; EXPLORICA_000023; EXPLORICA_000024-000025; EXPLORICA_000026; EXPLORICA_000031; EXPLORICA_001446-001447; EXPLORICA_001481-001483; EXPLORICA_001424; EXPLORICA_002048; EXPLORICA_003334; EXPLORICA_003342; EXPLORICA_003810-003811; EXPLORICA_003821-003822; EXPLORICA_003823; EXPLORICA_004338-004341; EXPLORICA_004383; EXPLORICA_004398-004401;

EXPLORICA_004411; EXPLORICA_004447; EXPLORICA_004448-004450; EXPLORICA_004452; EXPLORICA_004477-004479; EXPLORICA_004513; EXPLORICA_004520; and EXPLORICA_004569)

AK) Compilation of documents regarding adult tours (Jones Dec. II, Ex. Z) (EXPLORICA_000027-000028; EXPLORICA_000029; EXPLORICA_000576; EXPLORICA_000577; EXPLORICA_000578; EXPLORICA_000594; EXPLORICA_000595-000596; EXPLORICA_000597; EXPLORICA_001605; EXPORICA_004133-004134)

AL) Fed. R. Evid. 1006 Summary Exhibit from EXPLORICA_006946

AM) Email concerning Family Tours (EXPLORICA_002007-002009)

AN) Elderhostel's 2008 Annual Report from www.exploritas.com (Jones Dec. I, Ex. R; Spiers Ex. 9)

AO) Better Business Bureau report on Elderhostel: www.bbb.org/charity-reviews/national/education-and-literacy/elderhostel-in-boston-ma-643

AP) Email re: fw: Fiscal 2010 Budget Assumptions (EH002913-002916)

AQ) Elderhostel Insurance Policy (EH017221-017251)

AR) Elderhostel - BrandEquity Services Contract (EH016905-016918)

AS) Email exchange between Spiers, Smith, and Giller dated 05/23/2008 (Smith Ex. 3)

AT) Email from Giller to Spiers re support for inquiry into domain acquisition, dated 12/21/2007 (Smith Ex. 4)

AU) Handwritten notes taken by Brand Equity (Smith Ex. 18)

AV) Handwritten notes taken by Brand Equity (Smith Ex. 19)

AW) Brand Equity Elderhostel Interview Schedule (Smith Ex. 20)

AX) Handwritten notes taken by Brand Equity (Smith Ex. 21)

AY) Handwritten notes taken by Brand Equity (Smith Ex. 22)

AZ) PLACEHOLDER – Exhibits from Elderhostel 30(b)(g) damages deponent

BA) PLACEHOLDER – Financial documents related to damages not yet produced by Elderhostel

BB) Fed. R. Evid. 1006 Summary Exhibits from EH017469

**DEFENDANT ELDERHOSTEL'S EXHIBITS TO BE OFFERED AT TRIAL**

BC) Email from Heverling to Bell re: Heather Gordon, dated 07/07/2008 (EH001036-001037)

BD) Email from Lubchansky to Bell re: Target Market and List 0107, dated 02/02/2007 (EH001040)

BE) Email from Lubchansky to Bell, dated 02/07/2007 (EH001054-001055)

BF) Email from Kellerd to Bell re: London Position, dated 12/08/2009 (EH001318)

BG) Email from Kellerd to Bell re: Possible Applicants, dated 09/18/2009 (EH001319)

BH) Email from Salerni to Bell, dated 11/17/2008 (EH001321-001323)

BI) Email from Tocili to Bell re: London Position, dated 09/17/2009 (EH001324-001325)

BJ) Email from Tocili to Bell re: London Position, dated 09/17/2009 (EH001326)

BK) Email from Avalo to Bell, dated 06/09/2009 (EH001330)

BL) Email from Kellerd to Bell, dated 09/17/2009 (EH001337)

BM) Job Description, Explorica Inc. Rest of World Operations Manager (EH001338-001339)

BN) Email from Valentino to Bell re: Wyndham Hotels, dated 07/05/2008 (EH001363)

BO) Email from Valentino to Bell re: Wyndham Hotels, dated 07/01/2008 (EH001364)

BP) Email from Kellerd to Bell re: Wyndham Hotels, dated 07/03/2008 (EH001366)

BQ) Branding Comments (EH001519-001541)

BR) Mental Stimulation and Lifelong Learning Activities in the 55+ Population, dated 02/00/2007 (EH006546-006571)

BS) Younger participants document beginning with letter from Joyce Crump (EH009757-009770)

BT) Letter from Slade to Moses, dated 10/10/2007 (EH016870-016874)

BU) Age at Departure histogram (EH017253)

BV) USPTO Office Action re: Exploritas (EH017259-017263)

BW) Explorient Website (EH017401)

BX) Explora website (EH017402)

BY)   Explora website (EH017403)

BZ)   Explora SA mark (EH017404-017405)

CA)   Explora SA website (EH017406)

CB)   USPTO Explora mark (EH017407-017408)

CB)   Exploradus website (EH017409)

CD)   Explorations USPTO TESS Search (EH017410-017411)

CE)   USPTO Explorations mark (EH017412-017413)

CF)   Exploria website (EH017414)

CG)   Exploriada website (EH017415)

CH)   Explorica Catalog page (EH017417)

CI)   Explorica Catalog page (EH017418)

CJ)   Exploring America website page (EH017429)

CK)   USPTO TESS search for explorist (EH017430-017431)

CL)   Explorita website page (EH017432)

CM)   Exploritas catalog (EH017433)

CN)   Explorize website page (EH017435)

CO)   USPTO iExplore mark (EH017436-017437)

CP)   iExplore website page (EH017438-017439)

CQ)   Old Explorica family tours website page (EH017440)

CR)   Explorica summer academy page (EH017441)

CS)   Exploritas and Explorica logos (EH017442)

CT)   Exploradus about us page (017453-017454)

CU)   Explorient about us page (EH017455)

CW)   whois.net page for exploringamerica.com (EH017456)

CX)   Iexplore about us page (EH017457)

13

CY)   USPTO Notice of Allowance for Exploritas mark, dated 09/23/2008 (EH017458-017459)

CZ)   Explorica website from 01/08/2008 (EH017460)

DA)   Explorica website from 07/02/2008 (EH017461-017462)

DB)   Explorica website from 07/05/2007 (EH017463)

DC)   Explorica website from 03/01/2008 (EH017464-017465)

DD)   Explorica website from 05/02/2008 (EH017466)

DE)   Explorica website from 11/01/2007 (EH017467)

DF)   Explorica website from 09/06/2007 (EH017468)

DG)   iExplore.com document entitled, Soros Private Equity Partners Lead $12.5 Million Second Round Financing for iExplore, dated 04/26/2000 (EXPLORICA_000210-000219)

DH)   Presentation Session - Focus Group (EXPLORICA_001089-001093)

DI)   CANACCORD/Adams document, dated 06/08/2006 (EXPLORICA_001364-001420)

DJ)   Youth Demographics Fact Sheet, dated 11/00/2006 (EXPLORICA_001808-001829)

DK)   Intro Letter to Sheryl - People to People Pin Request (EXPLORICA_001997)

DL)   The Wagner Group Unique Selling Proposition Test prepared for Explorica, dated 03/00/2009 (EXPLORICA_002142-002179)

DM)   Email from Bourdelaise to Castanino, dated 09/26/2006 (EXPLORICA003784-003785)

DN)   Email from Kellerd to DeGrandis, dated 12/04/2001 (EXPLORICA_004149-004150)

DO)   Email from Kellerd to Olsson re: Wyndham Hotels, dated 07/01/2008 (EXPLORICA_004324-004325)

DP)   Explorica Presentation to Charlesbank Capital Partners, dated 10/07/2009 (EXPLORICA_006220-006270)

DQ)   Explorica presentation to Leeds Equity Partners, dated 04/15/2009 (EXPLORICA_006271-006322)

DR)   Explorica presentation to Redwood Capital, dated 05/20/2009 (EXPLORICA_006323-006370)

DS)   Explorica Customer Database Excel Spreadsheet (EXPLORICA_006946)

DT)   Explorica group leader affiliation list (EXPLORICA_006999)

DU) Selected Brand Equity documents

DV) Summary exhibits relating to Explorica's customer database

DW) Screen shot of a Google search (EH017470)

DX) Google Parisian Love video at http://www.youtube.com/watch?v=nnsSUqgkDwU

DY) Elderhostel Customer Database (EH017469)

| EXPLORICA, INC. | ELDERHOSTEL, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Mark S. Puzella | /s/ Michael Albert |
| Mark S. Puzella (BBO No. 644850) | Michael Albert, BBO #558566 |
| *mpuzella@goodwinprocter.com* | *malbert@wolfgreenfield.com* |
| James C. Rehnquist (BBO No. 552602) | Allen Rugg, BBO #674484 |
| *jrehnquist@goodwinprocter.com* | *arugg@wolfgreenfield.com* |
| R. David Hosp (BBO No. 634091) | Jeffrey C. O'Neill, BBO #663254 |
| *rhosp@goodwinprocter.com* | *joneill@wolfgreenfield.com* |
| GOODWIN PROCTER LLP | WOLF, GREENFIELD & SACKS, P.C |
| 53 State Street | 600 Atlantic Avenue |
| Boston, Massachusetts 02109 | Boston, Massachusetts 02210 |
| Tel.: 617.570.1000 | Tel: 617.646.8000 |
| Fax: 617.523.1231 | Fax: 617.646.8646 |
| | Ilan N. Barzilay, BBO # 643978 |
| | *ibarzilay@seyfarth.com* |
| | SEYFARTH SHAW LLP |
| | Two Seaport Lane, Suite 300 |
| | Boston, MA 02210 |
| | Tel: 617.946.4800 |
| | Fax: 617.946.4801 |

Dated: February 11, 2010

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 11, 2010.

/s/ Mark S. Puzella

16