**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

EXPLORICA, INC.

        Plaintiff,

    v.

ELDERHOSTEL, INC.
d/b/a EXPLORITAS,

        Defendant.

Civil Action No.  09-11719-RGS

**PLAINTIFF EXPLORICA, INC.'S AMENDED**
**LIST OF PROSPECTIVE WITNESSES**

Pursuant to the Court's Order dated January 26, 2010, Plaintiff Explorica, Inc.

provides its amended list of prospective witnesses for trial as follows:

**Will Call List**

(1)    Olle Olsson
        Explorica, Inc.
        145 Tremont Street, 6th Floor
        Boston, Massachusetts 02111

(2)    Marc Mann
        Explorica, Inc.
        145 Tremont Street, 6th Floor
        Boston, Massachusetts 02111

(3)    Stephane Cosse
        Explorica, Inc.
        145 Tremont Street, 6th Floor
        Boston, Massachusetts 02111

(4)    Kestrel Dunn
        Explorica, Inc.
        145 Tremont Street, 6th Floor
        Boston, Massachusetts 02111

(5)     JoAnn Bell
        Elderhostel, Inc.
        11 Avenue De Lafayette
        Boston, Massachusetts 02111

(6)     Robert Jelley
        22 Ponemah Road, #16
        Milford, NH 03055
        (*via video deposition*)

(7)     Natalie Schutz
        1766 Hudson Drive
        San Jose, CA 95124
        (*via video deposition*)

## May Call List

(8)     Alexa Poulin
        Explorica, Inc.
        145 Tremont Street, 6th Floor
        Boston, Massachusetts 02111

(9)     Birgitta Zissis
        76 Marlborough Street
        Boston, Massachusetts 02446

(10)    James Moses
        Elderhostel, Inc.
        11 Avenue De Lafayette
        Boston, Massachusetts 02111

(11)    Peter Spiers
        Elderhostel, Inc.
        11 Avenue De Lafayette
        Boston, Massachusetts 02111

(12)    Steve Smith
        BrandEquity International
        2330 Washington Street
        Newton, Massachusetts 02462

(13)   Anne Kass
  5114 Royene Ave. NE
  Albuquerque NM 87110
  (*via video deposition*)

(14)   Judy Kieca
  *Address Unknown*

(15)   Lufthansa German Airlines
  1640 Hempstead Turnpike
  East Meadow NY 11554
  (*via deposition*)

    Respectfully submitted,

    EXPLORICA, INC.

    By its attorneys,

    /s/ Mark S. Puzella
    Mark S. Puzella (BBO No. 644850)
     *mpuzella@goodwinprocter.com*
    James C. Rehnquist (BBO No. 552602)
     *jrehnquist@goodwinprocter.com*
    R. David Hosp (BBO No. 634091)
     *rhosp@goodwinprocter.com*
    GOODWIN PROCTER LLP
    53 State Street
    Boston, Massachusetts  02109
    Tel.:  617.570.1000
Dated:  February 12, 2010  Fax:  617.523.1231

## CERTIFICATE OF SERVICE

I, Mark S. Puzella, hereby certify that this document filed through the ECF system on February 12, 2010 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Mark S. Puzella
    Mark S. Puzella