UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPLORICA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ELDERHOSTEL, INC.<br>d/b/a/ EXPLORITAS, ,<br><br>  Defendant. | Civil Action No. 09-11719-RGS |

## REVISED EXHIBIT LISTS

  Pursuant to the Court's January 26, 2010 Order, Plaintiff Explorica, Inc. ("Explorica") and Defendant Elderhostel, Inc. d/b/a Exploritas ("Elderhostel") hereby submit the following "Joint List of Exhibits" and "List of Exhibits to be Offered at Trial. Explorica and Elderhostel (collectively, "the Parties") reserve the right to supplement and amend these lists. The Parties further reserve the right to offer as evidence additional documents as needed for rebuttal. Finally, the Parties reserve the right to introduce any exhibit appearing on the opposing party's list of exhibits to be offered at trial. The Parties further state that they reserve the right to supplement these objections.

## JOINT LIST OF EXHIBITS

| TRIAL EXHIBIT NO. | DEP. EXHIBIT NO. | BATES NO. | | DESCRIPTION OF EXHIBITS | DATE |
|---|---|---|---|---|---|
| 1 | | | | Five Explorica catalogs, copies of which were produced by Explorica on Feb. 3, 2010 | |
| 2 | | | | Eight Exploritas catalogs, copies of which were produced by Elderhostel on Feb. 3, 2010 | |
| 3 | | EXPLORICA_ 007020 | EXPLORICA_ 007021 | Explorica's federal registration for the EXPLORICA Mark, US Regis. No. 2,732,669 | |
| 4 | | EXPLORICA_ 007106 | EXPLORICA_ 007108 | Explorica's registration for the EXPLORICA Mark with the Comm. of MA, Reg. No. 65038 | |
| 5 | | EXPLORICA_ 007053 | EXPLORICA_ 7055 | Brochure for Explorica Family Tours (Olsson Dec. Ex. E) | |
| 6 | | EXPLORICA_ 007056 | EXPLORICA_ 007062 | Brochure for Espiritour (Olsson Dec. Ex. F) | |
| 7 | Olsson 37 | EXPLORICA_ 001094 | EXPLORICA_ 001172 | Explorica – The Product | |
| 8 | Olsson 22 | EXPLORICA_ 000337 | EXPLORICA_ 000435 | Strategy Plan Explorica 2008-2010 | |
| 9 | | EXPLORICA_ 001259 | EXPLORICA_ 001365 | Explorica Strategic Quantification 2010-2012 | |
| 10 | | EH005285 | EH005285 | The History of Elderhostel, Inc. and Exploritas | |
| 11 | | EXPLORICA_ 007022 | EXPLORICA_ 7023 | Exploritas Fact Sheet (Jones. Dec. I, Ex. C) | |
| 12 | Moses 7 | EH015402 | EH015402 | Elderhostel Corporate Structure Chart | |
| 13 | Moses 18, Smith 9 | EH009021 | EH009089 | Brand Equity Oct. 18, 2007 Power Point Presentation | 10/18/2007 |
| 14 | Smith 10 | BE000001 | BE000061 | Brand Equity Name Development, Nov. 29, 2007 Power Point Presentation | 11/29/2007 |
| 15 | Moses 19, Smith 11 | EH009090 | EH009155 | Brand Equity Name Development Round 2, Dec 14, 2007 Power Point Presentation | 12/14/2007 |
| 16 | Moses 20, Smith 12 | EH008878 | EH008918 | Elderhostel Slide Deck for January 25, 2008 Board Meeting | 01/25/2008 |
| 17 | Moses 12, Smith 6 | EH016890 | EH016904 | Elderhostel, Inc.: Name Development, Corporate Identity and Branding Architecture Program | 05/15/2007 |
| 18 | | EXPLORICA_ 7024 | EXPLORICA_ 007027 | Elderhostel Press Release (Jones Decl. I, Ex. M) | |
| 19 | | EXPLORICA_ 007028 | EXPLORICA_ 007030 | "Elderhostel, Inc. Invites New Generation of Lifelong Learners to Explore the World" (Jones Dec. I, Ex. N) | |
| 20 | | EH012984 | EH013005 | Becoming Exploritas: Advisor Communication Guide | |
| 21 | Smith 13 | EH005132 | EH005145 | Email re Exploritas Communication Guide and attachment | |
| 22 | Moses 36, Spiers 5 | EH016398 | EH016402 | Letter from MS&L to Spiers | |
| 23 | | EXPLORICA_004301; | | Compilation of email communications between | |

| | | | | |
|---|---|---|---|---|
| | | EXPLORICA_004302; EXPLORICA_004305; EXPLORICA_004306; EXPLORICA_004309-004310; EXPLORICA_004311; EXPLORICA_004322; EXPLORICA_004324-004325 | | JoAnn Bell and Olle Olsson | |
| 24 | Moses 33 | EXPLORICA_000036 | EXPLORICA_000036 | Email from Bell to Kellerd re Exploritas Staff Attending Conference | |
| 25 | | EXPLORICA_004726 | EXPLORICA_005468 | Compilation of Explorica and Exploritas Tour Itineraries | |
| 26 | | Various documents with EXPLORICA_ bates stamp[1] | | Collection of Explorica Tour Price Quotes for adult tours | |
| 27 | | | | NAU Exploritas "Rafting the Grand Canyon" Intergenerational, available at http://www.youtube.com/watch?v=7T9NDabW1ck | |
| 28 | | | | Intergenerational Elderhostel with the Land for Learning Institute, available at http://www.youtube.com/watch?v=9p5scUqJ6iY&feature=related | |
| 29 | | | | Living Museum Part 1, available at http://www.youtube.com/watch?v=boJbNINblIA&feature=related | |
| 30 | | | | Living Museum Part 2 available at http://www.youtube.com/watch?v=ZjNE6tN-tyk | |
| 31 | | | | Sagamore Part 1, available at http://www.youtube.com/watch?v=mbebcvM5-qw | |
| 32 | | EXPLORICA_006640; EXPLORICA_006641; EXPLORICA_006642; EXPLORICA_006643; EXPLORICA_006644 | | Compilation of documents representing Espiritour tours Price Quotes | |

---

[1] EXPLORICA_006503; EXPLORICA_006507; EXPLORICA_006510; EXPLORICA_006511; EXPLORICA_006514; EXPLORICA_006515; EXPLORICA_006518; EXPLORICA_006519; EXPLORICA_006520; EXPLORICA_006521; EXPLORICA_006522; EXPLORICA_006523; EXPLORICA_006524; EXPLORICA_006525; EXPLORICA_006526; EXPLORICA_006527; EXPLORICA_006528; EXPLORICA_006530; EXPLORICA_006531; EXPLORICA_006533; EXPLORICA_006534; EXPLORICA_006535; EXPLORICA_006542; EXPLORICA_006543; EXPLORICA_006544; EXPLORICA_006546; EXPLORICA_006548; EXPLORICA_006551; EXPLORICA_006553; EXPLORICA_006555; EXPLORICA_006557; EXPLORICA_006558; EXPLORICA_006559; EXPLORICA_006560; EXPLORICA_006562; EXPLORICA_006563; EXPLORICA_006564; EXPLORICA_006565; EXPLORICA_006568; EXPLORICA_006570; EXPLORICA_006572; EXPLORICA_006573; EXPLORICA_006576; EXPLORICA_006577; EXPLORICA_006579; EXPLORICA_006580; EXPLORICA_006582; EXPLORICA_006584; EXPLORICA_006586; EXPLORICA_006587; EXPLORICA_006588; EXPLORICA_006591; EXPLORICA_006592; EXPLORICA_006593; EXPLORICA_006597; EXPLORICA_006598; EXPLORICA_006599; EXPLORICA_006601; NAU_006602; EXPLORICA_006603; EXPLORICA_006605; EXPLORICA_006608; EXPLORICA_006609; EXPLORICA_006613; EXPLORICA_006615; EXPLORICA_006617; EXPLORICA_006621; EXPLORICA_006622; EXPLORICA_006624; EXPLORICA_006625; EXPLORICA_006626; EXPLORICA_006628; EXPLORICA_006629; EXPLORICA_006631; EXPLORICA_006634; EXPLORICA_006637; EXPLORICA_006638; EXPLORICA_006639; and EXPLORICA_006650.

| | | | | | |
|---|---|---|---|---|---|
| 33 | | EH017288 | EH017351 | Sample Explorica catalog (Mann Dec. Ex. A) | |
| 34 | | EH017352 | EH017368 | Sample Explorica mini-brochure (Mann Dec. Ex. B) | |
| 35 | | EH017369 | EH017373 | Sample Explorica "advertorial" insert from Travel New England (Mann Dec. Ex. C) (see also EXPLORICA_001743-1746) | |
| 36 | | EH017374 | EH017375 | Sample Explorica fliers sent via mail (Mann Dec. Ex. D) | |
| 37 | | EH017376 | EH017378 | Sample Explorica fliers sent via mail (Mann Dec. Ex. E) | |
| 38 | | EH017379 | EH017381 | Sample Explorica fliers sent via mail (Mann Dec. Ex. F) | |
| 39 | | EH017382 | EH017384 | Sample Explorica fliers sent via mail (Mann Dec. Ex. G) | |
| 40 | | EH017385 | EH017387 | Sample Explorica fliers sent via mail (Mann Dec. Ex. H) | |
| 41 | | EH017388 | EH017390 | Sample Explorica postcards sent via mail (Mann Dec. Ex. I) | |
| 42 | | EH017391 | EH017392 | Sample Explorica postcards sent via mail (Mann Dec. Ex. J) | |
| 43 | | EH017393 | EH017394 | Sample Explorica postcards sent via mail (Mann Dec. Ex. K) | |
| 44 | | EH017395 | EH017396 | Sample Explorica postcards sent via mail (Mann Dec. Ex. L) | |
| 45 | | EH017397 | EH017398 | Sample Explorica postcards sent via mail (Mann Dec. Ex. M) | |
| 46 | Spiers 6 | MS&L000101 | MS&L000108 | Exploritas Name Change Results Overview | 11/13/2009 |
| 47 | | EH000001 | EH000001 | Elderhostel's brochures under Exploritas | |
| 48 | | EH000025 | EH000026 | Timeline of Name Announcement | |
| 49 | | EH000043 | EH000052 | Branding Initiative Progress Report, from the President's Reprt, Full Board Meeting | 05/15/2008 |
| 50 | | EH000062 | EH000066 | Branding Transition Plan and Timetable, from the President's Report, Full Board Meeting | 05/15/2008 |
| 51 | Moses 10 | EH000385 | EH000391 | FAQ's for Call Center | |
| 52 | Moses 14 | EH000829 | EH000834 | Competitive Analysis | |
| 53 | | EH001086 | EH001094 | President's Report | 10/00/2008 |
| 54 | | EH001101 | EH001109 | Elderhostel Performance Results for Strategic Objectives 2009 | |
| 55 | | EH001166 | EH001168 | Elderhostel's Brand Identity Process: The Timeline (2002 - 2008) | |
| 56 | | EH001263 | EH001264 | Email from JoAnn Bell to Kristin Moore, re: the intergenerational program insert into the October catalog | 08/10/2009 |
| 57 | | EH001320 | EH001320 | Email from Olle Olsson to JoAnn Bell re Logan Airport News Advertorial, Bell's niece, and resume | 05/01/2008 |
| 58 | | EH001367 | EH001367 | Email from JoAnn Bell to Olle Olsson re Wyndham Hotels | 07/01/2008 |
| 59 | | EH002691 | EH002731 | Exploritas Brand Guide | 04/13/2009 |
| 60 | | EH003336 | EH003336 | Email from McGovern to Senior Staff re: Senior Staff Discussion | 03/21/2008 |
| 61 | | EH004080 | EH004094 | Document entitled, A New Era of Leadership | |
| 62 | | EH005069 | EH005081 | Exploritas Communications Guide | 01/28/2009 |

4

| # | | Begin Bates | End Bates | Description | Date |
|---|---|---|---|---|---|
| 63 | | EH005082 | EH005082 | Exploritas Marketing Doc - Foundation of Elderhostel (House Structure) | |
| 64 | | EH006165 | EH006167 | Elderhostel's Brand Identity Process (DRAFT) | 01/00/2008 |
| 65 | Moses 11 | EH006881 | EH006908 | Elderhostel Strategic Plan 2006-2010 | |
| 66 | | EH009018 | EH009018 | Conference Spreadsheet | |
| 67 | Smith 15 | EH009867 | EH009868 | Email from Smith to Spiers re: feedback on the Brand Identity Guide | 02/27/2009 |
| 68 | Smith 16 | EH009939 | EH009939 | Email from Smith to Spiers re: Brand Guide | 04/13/2009 |
| 69 | | EH009940 | EH009980 | Exploritas Brand Identity Guide | 04/13/2009 |
| 70 | Smith 17 | EH011543 | EH011565 | Email from Giller to Spiers attaching Exploritas Training Guide | 03/31/2009 |
| 71 | | EH012984 | EH013005 | Exploritas document entitled, Becoming Exploritas: Advisor Communication Guide | 05/00/2009 |
| 72 | | EH017254 | EH017255 | Explorica receipt re Learning Later Link | 09/03/2009 |
| 73 | | EH017443 | EH017445 | Explorica Brochure pages (EH017443-017445) | |
| 74 | | EH017446 | EH017452 | Espiritour Brochure | |
| 75 | | EXPLORICA_ 000337 | EXPLORICA_ 000435 | Explorica Strategy Plan 2008-2010 | 04/09/2008 |
| 76 | Poulin 14 | EXPLORICA_ 000580 | EXPLORICA_ 000582 | Brainstorming Session | |
| 77 | Olsson 36 | EXPLORICA_ 000595 | EXPLORICA_ 000596 | Explorica Roster Log | |
| 78 | | EXPLORICA_ 001259 | EXPLORICA_ 001363 | Explorica Strategic Quantification 2010-2012 | |
| 79 | | EXPLORICA_ 001729 | EXPLORICA_ 001730 | Espiritour Brochure | |
| 80 | | EXPLORICA_ 001732 | EXPLORICA_ 001733 | Explorica Family Tours Brochure | |
| 81 | Poulin 11 | EXPLORICA_ 001742 | EXPLORICA_ 001746 | Email from Poulin re advertorial in Travel New England and attached Advertorial | 03/27/2007 |
| 82 | | EXPLORICA_ 004330 | EXPLORICA_ 004332 | Email from Bromberger to Kirkman and Cestari re Adult Trips | 03/11/2008 |
| 83 | | EXPLORICA_ 006945 | EXPLORICA_ 006945 | Explorica Tour Code Key | |
| 84 | | | | Educational Travel | Leading your First Tour | Explorica, available at http://www.youtube.com/watch?v=cOOmpsky6y0 | |
| 85 | | | | Explorica Costa Rica 2007, available at http://www.youtube.com/watch?v=j55HMf0LFkE | |
| 86 | | | | London / Paris Explorica Trip, available at http://www.youtube.com/watch?v=Ebh4CCPc8qo | |
| 87 | | | | Grandparents' singing tribute to Elderhostel Intergenerational Arizona Trip #2520, available at http://www.youtube.com/watch?v=_oBDOQs9NI0 | |
| 88 | | EH001812 | EH001813 | Email from Faucher to bunbury11@roadrunner.com | 09/28/2009 |
| 89 | | EH005866 | EH005866 | Q&A – Age Messaging | 09/23/2009 |
| 90 | Frommer 2 | EH006971 | EH006972 | Exploritas document entitled, A few thoughts on our age policy | |

| | | | | | |
|---|---|---|---|---|---|
| 91 | | EH011481 | EH011502 | President's Report May 2009 | 05/14/2009 |
| 92 | Moses 8 | EH012981 | EH012981 | Document entitled, How to Handle the Exploritas Age Question | |
| 93 | | EH013006 | EH013007 | A few thoughts on our age policy | 09/25/2009 |
| 94 | | EH017219 | EH017219 | USPTO Trademark Registration No. 3,729,057 for Exploritas[2] | |
| 95 | | EH017256 | EH017256 | Espiritour website | |
| 96 | | EH017257 | EH017258 | Explorica.com Parents Website | |
| 97 | | EH017264 | EH017265 | Explorica.com Teachers page | |
| 98 | | EH017266 | EH017267 | Explorica.com Students page | |
| 99 | | EH017268 | EH017276 | Exploritas.com Domestic page | |
| 100 | | EH017277 | EH017287 | Exploritas International page | |
| 101 | | EH017399 | EH017400 | Explorica Spider Picture | |
| 102 | | EH017416 | EH017416 | Explorica Amsterdam and Paris page | |
| 103 | | EH017419 | EH017420 | Explorica Amsterdam and Paris website page | |
| 104 | | EH017421 | EH017421 | Explorica Instant Tour Customizer website page | |
| 105 | | EH017422 | EH017422 | Explorica.ca website page | |
| 106 | | EH017423 | EH017423 | Explorica parents website page | |
| 107 | | EH017424 | EH017424 | Explorica students website page | |
| 108 | | EH017425 | EH017425 | Explorica Amsterdam and Paris website page | |
| 109 | | EH017426 | EH017426 | Explorica teachers website page | |
| 110 | | EH017427 | EH017427 | Explorica website page | |
| 111 | | EH017428 | EH017428 | Explorica family tours website page (server not found error) | |
| 112 | | EH017434 | EH017434 | Exploritas website page | |
| 113 | | EH005785 | EH005788 | Email from Beudoin to Spiers re Elderhostel News Embargo dated | 05/29/2009 |
| 114 | | EH002769 | EH002270 | Email from Spiers to Moses re 55 age qualification | 06/09/2009 |
| 115 | Moses 17 | EH001097 | EH001100 | Elderhostel's Strategic Objectives 2010 | |
| 116 | Moses 3, Spiers 7 | EH012938 | EH012946 | Elderhostel Marketing Expense since 2000 | |
| 117 | Moses 4 | EH012947 | EH012947 | Elderhostel chart regarding marketing campaigns | |
| 118 | Moses 6, Spiers 8 | EH016316 | EH016321 | Active and Completed Campaigns since 9/1/2009 | |
| 119 | Moses 5 | EH012935 | EH0012937 | Elderhostel's marketing in publications | |
| 120 | | EXPLORICA_ 007109 | EXPLORICA_ 007114 | List of Google keywords purchased by Elderhostel (Jones Dec. II, Ex. JJ) | |
| 121 | Spiers 12 | MS&L000014 | MS&L000042 | An Exploration & Evolution in Messaging | |
| 122 | Spiers 4 | MS&L000055 | MS&L000070 | Exploritas Communications Guide | |
| 123 | | | | | |
| 124 | | | | | |
| 125 | | EXPLORICA_ 000121 | EXPLORICA_ 000140 | Explorica Inc. PowerPoint Presentation | |
| 126 | | EXPLORICA_ 000162 | EXPLORICA_ 000185 | Explorica Student Travel and Learning Portal Business Plan, dated Summer 2005 | |
| 127 | | EXPLORICA_ 000220 | EXPLORICA_ 000336 | Strategy Plan Explorica 2008-2010 Board Presentation | 04/09/2008 |

---

[2] EH017252 is a duplicate.

6

| # | | Begin | End | Description | Date |
|---|---|---|---|---|---|
| 128 | | EXPLORICA_000604 | EXPLORICA_000678 | Explorica Board Meeting | 08/25/2009 |
| 129 | Olsson 6 | EXPLORICA_000679 | EXPLORICA_000789 | Explorica Board Meeting | 06/17/2009 |
| 130 | | EXPLORICA_000790 | EXPLORICA_000834 | Explorica Board Meeting | 03/11/2009 |
| 131 | | EXPLORICA_000872 | EXPLORICA_000930 | Explorica Management Meeting | 07/01/2009 |
| 132 | | EXPLORICA_000931 | EXPLORICA_001072 | Explorica document entitled Brief Update - 2008 and 2009 | |
| 133 | | EXPLORICA_001073 | EXPLORICA_001087 | Explorica Market Research and Opportunities | 01/08/2007 |
| 134 | | EXPLORICA_001173 | EXPLORICA_001258 | Explorica Strategy Plan | |
| 135 | Poulin 15 | EXPLORICA_001632 | EXPLORICA_001728 | Sales and Marketing 2.0 | 01/15/2007 |
| 136 | Poulin 12 | EXPLORICA_001806 | EXPLORICA_001806 | Email from Poulin to Hoffman re: Sub-Brands | 07/10/2008 |
| 137 | | EXPLORICA_001854 | EXPLORICA_001871 | Espiritour Faith Based Program 2008 Spring Kickoff Presentation, | 01/14/2008 |
| 138 | | EXPLORICA_001872 | EXPLORICA_001885 | Espiritour Pastor Reinard's Espritour: Apostle Paul - Life and Ministry | |
| 139 | | EXPLORICA_002002 | EXPLORICA_002002 | Email from Poulin to Cestari re: family tours brochure | 04/17/2007 |
| 140 | | EXPLORICA_002070 | EXPLORICA_002090 | Explorica Unique Selling Proposition Study Results | 03/30/2009 |
| 141 | | EXPLORICA_002091 | EXPLORICA_002115 | Response Rates Chart | |
| 142 | | EXPLORICA_002116 | EXPLORICA_002141 | Explorica 2010 Product Development Presentation | |
| 143 | | EXPLORICA_004305 | EXPLORICA_004305 | Email from Bell to Olsson re: Wyndham Hotels, dated 07/01/2008 | |
| 144 | | EXPLORICA_004309 | EXPLORICA_004310 | Email from Bell to Olsson re: Explorica's New Premium Tours, dated 09/19/2006 | |
| 145 | Poulin 10 | EXPLORICA_004377 | EXPLORICA_004379 | Email from Cestari to Poulin re: Naming | 04/10/2006 |
| 146 | | EXPLORICA_006945 | EXPLORICA_006945 | Explorica Tour Code Descriptions | |
| 147 | | EXPLORICA_006949 | EXPLORICA_006976 | Explorica Creative Strategy presentation | 04/07/2009 |
| 148 | | EXPLORICA_007047 | EXPLORICA_007050 | Explorica's pending federal trademark application for the E Design Mark (Jones Dec. I, Ex. U) | |
| 149 | Bell 1 | EH001921 | EH001933 | Email from Bell to Lembke re Brand Force Task meeting and attaching Explortias Communication Guide | 01/14/2008 |
| 150 | Bell 2 | EH000277 | EH000277 | Email from Spiers to Moses re "real age" calculator | 03/08/2009 |
| 151 | Smith 8, Bell 3 | EH002624 | EH002630 | Email from Giller to Moses, Spiers, and Lembke attaching meeting notes and list of Elderhostel interviewees | 09/20/2007 |
| 152 | Smith 1 | EH005155 | EH005159 | Email from Smith to Spiers re ID guide and attached QA for ID Guide | 02/25/2009 |
| 153 | Smith 7 | EH002600 | EH002601 | Email from Nathan Ho regarding Brand Equity interviews | 06/14/2007 |

7

| | | | | | |
|---|---|---|---|---|---|
| 154 | Smith 13 | EH005132 | EH005145 | Email from Giller to Spiers attaching Exploritas Communication Guide | 02/06/2009 |
| 155 | Smith 14 | EH005169 | EH005173 | Email from Giller to Spiers attaching Brand Training Outline | 02/21/2009 |
| 156 | | EXPLORICA_007101 | EXPLORICA_007102 | Exploritas website (previously HC) | |
| 157 | | EXPLORICA_007103 | EXPLORICA_007103 | Exploritas website (previously HD) | |
| 158 | | EXPLORICA_007104 | EXPLORICA_007105 | Exploritas website (previously HE) | |
| 159 | | EXPLORICA_007120 | EXPLORICA_007120 | Explorica FRE 1006 Summary (previously HF) | |
| 160 | | EXPLORICA_007121 | EXPLORICA_007121 | Explorica FRE 1006 Summary (previously HG) | |
| 161 | | EXPLORICA_007122 | EXPLORICA_007122 | Explorica FRE 1006 Summary (previously HH) | |
| 162 | | EXPLORICA_007123 | EXPLORICA_007123 | Explorica FRE 1006 Summary (previously HI) | |
| 163 | | EXPLORICA_007124 | EXPLORICA_007124 | Explorica FRE 1006 Summary (previously HJ) | |
| 164 | | EXPLORICA_007125 | EXPLORICA_007125 | Explorica FRE 1006 Summary (previously HK) | |
| 165 | | EXPLORICA_007126 | EXPLORICA_007126 | Explorica FRE 1006 Summary (previously HL) | |
| 166 | | EXPLORICA_007127 | EXPLORICA_007127 | Explorica FRE 1006 Summary (previously HM) | |
| 167 | | EXPLORICA_007128 | EXPLORICA_007128 | Explorica FRE 1006 Summary (previously HN) | |
| 168 | | EXPLORICA_007129 | EXPLORICA_007129 | Explorica FRE 1006 Summary (previously HO) | |
| 169 | | EXPLORICA_007130 | EXPLORICA_007130 | Explorica FRE 1006 Summary (previously HP) | |
| 170 | | EXPLORICA_007131 | EXPLORICA_007133 | Explorica FRE 1006 Summary (previously HQ) | |
| 171 | | EH017593 | EH017593 | Explorica website page (previously EB) | |
| 172 | | EH017594 | EH017594 | Explorica website page (previously EC) | |
| 173 | | EH017595 | EH017595 | Explorica website page (previously ED) | |
| 174 | | EH017596 | EH017596 | Explorica website page (previously EE) | |
| 175 | | EH017597 | EH017597 | Explorica website page (previously EF) | |
| 176 | | EH017598 | EH017598 | Explorica website page (previously EG) | |
| 177 | | EH017599 | EH017599 | Explorica website page (previously EH) | |
| 178 | | EH017600 | EH017600 | Explorica website page (previously EI) | |
| 179 | | EH017601 | EH017601 | Explorica website page (previously EJ) | |
| 180 | | EH017602 | EH017602 | Explorica website page (previously EK) | |
| 181 | | EH017603 | EH017603 | Explorica website page (previously EL) | |
| 182 | | EH017604 | EH017604 | Explorica website page (previously EM) | |
| 183 | | EH017608 | EH017608 | Explorica website page (previously EQ) | |
| 184 | | EH017609 | EH017609 | Explorica website page (previously ER) | |
| 185 | | EH017610 | EH017610 | Explorica website page (previously ES) | |
| 186 | | EH017611 | EH017611 | Explorica website page (previously ET) | |
| 187 | | EH017612 | EH017612 | Explorica website page (previously EU) | |
| 188 | | EH017613 | EH017613 | Explorica website page (previously EV) | |
| 189 | | EH017614 | EH017614 | Explorica website page (previously EW) | |
| 190 | | EH017615 | EH017615 | Explorica website page (previously EX) | |

LIBA/2066088.5

| 191 | | EH017616 | EH017616 | Explorica website page (previously EY) | |
| 192 | | EH017617 | EH017617 | Explorica website page (previously EZ) | |
| 193 | | EH017618 | EH017618 | Explorica website page (previously FA) | |
| 194 | | EH017619 | EH017619 | Explorica website page (previously FB) | |
| 195 | | EH017620 | EH017620 | Explorica website page (previously FC) | |
| 196 | | EH017621 | EH017621 | Explorica website page (previously FD) | |

LIBA/2066088.5

**LIST OF EXHIBITS TO BE OFFERED AT TRIAL**

**PLAINTIFF EXPLORICA'S EXHIBITS TO BE OFFERED AT TRIAL**

A) List of Explorica's registrations of the EXPLORICA Mark in foreign jurisdictions (EXPLORICA_007051-007052) (Jones Dec. I, Ex. V)

B) Singapore Explorica Trademark Certificate (EXPLORICA_005626-000527)

C) Australia Explorica Trademark Certificate (EXPLORICA_005485)

D) Canada Explorica Trademark Certificate (EXPLORICA_005495-00005498)

E) Chile Explorica Trademark Certificate (EXPLORICA_005514)

F) European Community Explorica Trademark Certificate (EXPLORICA_005531-005538)

G) Hungary Explorica Trademark Certificate (EXPLORICA_005586-005587)

H) Indonesia Explorica Trademark Certificate (EXPLORICA_005604-005609)

I) Mexico class 39 Explorica Trademark Certificate (EXPLORICA_005612)

J) Mexico class 42 Explorica Trademark Certificate (EXPLORICA_005613)

K) New Zealand Explorica Trademark Certificate (EXPLORICA_005618)

L) Korea Explorica Trademark Certificate (EXPLORICA_005637-005640)

M) Thailand Explorica Trademark Certificate (EXPLORICA_005668-005669)

N) Taiwan Explorica Trademark Certificate (EXPLORICA_005653)

O) Explorica's World Intellectual Property Organization Trademark Registration (EXPLORICA_007015)

P) Argentina Explorica Trademark Certificate (EXPLORICA_007000-007003)

Q) Hong Kong Explorica Trademark Certificate (EXPLORICA_005557

R) Explorica Employee Handbook (EXPLORICA_005861-005900)

S) Explorica Website available at www.explorica.com in the form of an electronic copy of certain pages from website as they existed on a specific capture date, accompanied by certain other links within the website as they existed on that same date and capable of simulated web interaction.  Folders containing electronic copies of these website pages and screenshots of website pages shall be produced by Friday, February 12, 2010.)

T)      Espiritour Website available at www.espiritour.com in the form of an electronic copy of certain pages from website as they existed on a specific capture date, accompanied by certain other links within the website as they existed on that same date and capable of simulated web interaction.  Folders containing electronic copies of these website pages and screenshots of website pages shall be produced by Friday, February 12, 2010.)

U)      Exploritas Website available at www.exploritas.com in the form of an electronic copy of certain pages from website as they existed on a specific capture date, accompanied by certain other links within the website as they existed on that same date and capable of simulated web interaction.  Folders containing electronic copies of these website pages and screenshots of website pages shall be produced by Friday, February 12, 2010.)

V)      Record of Communication for Kestrel Dunn (EXPLORICA_007016-007017)

W)      Information Request from Judy Kieca, December 10, 2009 (EXPLORICA_002180) (Moses 31, Frommer 7)

X)      Screenshot: Natalie Schultz contact information (EXPLORICA_006712) (Moses 27, Frommer 8)

Y)      Scan of envelope addressed to Exploritas from NW Discoveries (EXPLORICA_006713) (Moses 34)

Z)      Email and attachment from Lufthansa Airlines (EXPLORICA_006714-006717) (Moses 26, Frommer 11)

AA)     Info Request from Anne Kass, December 22, 2009 (EXPLORICA_006718) (Moses 29, Frommer 10)

AB)     Natalie Schutz email, January 7, 2010 (EXPLORICA_006719-006720) (Frommer 9)

AC)     Email to Mr. Cosse (EXPLORICA_004198) (Cosse 5)

AD)     Sample Blog Roll (Olsson Dec. Ex. J) (EXPLORICA_007073-7078)

AE)     Google Search results for "educational travel" (Olsson Dec. Ex. K) (EXPLORICA_007079-7081)

AF)     ZoomInfo Search results for "educational travel" (Olsson Dec. Ex. L) (EXPLORICA_007082-7087)

AG)     Adventure Tour List (Olsson Dec. Ex. H) (EXPLORICA_007063-7067)

AH)     "Learning Later, Living Greater" (Olsson Dec. Ex. I) (EXPLORICA_007068-7072)

AI)     Spreadsheet of inquiries made to Explorica concerning adult tours (EXPLORICA_006721-006889)

AJ)   Compilation of emails regarding adult tours (EXPLORICA_000009; EXPLORICA_000010; EXPLORICA_000012; EXPLORICA_000013-000014; EXPLORICA_000015; EXPLORICA_000016; EXPLORICA_000017; EXPLORICA_000020-000021; EXPLORICA_000023; EXPLORICA_000024-000025; EXPLORICA_000026; EXPLORICA_000031; EXPLORICA_001446-001447; EXPLORICA_001481-001483; EXPLORICA_001424; EXPLORICA_002048; EXPLORICA_003334; EXPLORICA_003342; EXPLORICA_003810-003811; EXPLORICA_003821-003822; EXPLORICA_003823; EXPLORICA_004338-004341; EXPLORICA_004383; EXPLORICA_004398-004401; EXPLORICA_004411; EXPLORICA_004447; EXPLORICA_004448-004450; EXPLORICA_004452; EXPLORICA_004477-004479; EXPLORICA_004513; EXPLORICA_004520; and EXPLORICA_004569)

AK)   Compilation of documents regarding adult tours (Jones Dec. II, Ex. Z) (EXPLORICA_000027-000028; EXPLORICA_000029; EXPLORICA_000576; EXPLORICA_000577; EXPLORICA_000578; EXPLORICA_000594; EXPLORICA_000595-000596; EXPLORICA_000597; EXPLORICA_001605; EXPORICA_004133-004134)

AL)   Fed. R. Evid. 1006 Summary Exhibit from EXPLORICA_006946

AM)   Email concerning Family Tours (EXPLORICA_002007-002009)

AN)   Elderhostel's 2008 Annual Report from www.exploritas.com (Jones Dec. I, Ex. R; Spiers Ex. 9) (EXPLORICA_007031-007041)

AO)   Better Business Bureau report on Elderhostel: www.bbb.org/charity-reviews/national/education-and-literacy/elderhostel-in-boston-ma-643 (EXPLORICA_007115-7119)

AP)   Email re: fw: Fiscal 2010 Budget Assumptions (EH002913-002916) (Moses 35)

AQ)   Elderhostel Insurance Policy (EH017221-017251)

AR)   Elderhostel - BrandEquity Services Contract (EH016905-016918) (Spiers 11)

AS)   Email exchange between Spiers, Smith, and Giller dated 05/23/2008 (Smith Ex. 3) (BE000341)

AT)   Email from Giller to Spiers re support for inquiry into domain acquisition, dated 12/21/2007 (BE000342) (Smith Ex. 4)

AU)   Handwritten notes taken by Brand Equity (BE000062-069) (Smith Ex. 18)

AV)   Handwritten notes taken by Brand Equity (BE000070-176) (Smith Ex. 19)

AW)   Brand Equity Elderhostel Interview Schedule (BE000177-179) (Smith Ex. 20)

AX)   Handwritten notes taken by Brand Equity (BE000180-259) (Smith Ex. 21)

12

AY)     Handwritten notes taken by Brand Equity (BE000260-340) (Smith Ex. 22)

AZ)     PLACEHOLDER – Exhibits from Elderhostel 30(b)(g) damages deponent

BA)     PLACEHOLDER – Financial documents related to damages not yet produced by Elderhostel

BB)     Fed. R. Evid. 1006 Summary Exhibits from EH017469

HA)     Email from Kieca to Explorica.com, dated 12/10/2009 (EXPLORICA_007100)

HB)     Roster log report (EXPLORICA_007018-007019)

HR)     2007 Explorica/Lufthansa contract (EXPLORICA_007134-007135)

HS)     Message from Lufthansa/Explorica web-portal (EXPLORICA_007136)

HT)     Email from Rietveld-Rocler to Cosse re News Item, dated 09/29/2009 (EXPLORICA_000497-000498)


### DEFENDANT ELDERHOSTEL'S EXHIBITS TO BE OFFERED AT TRIAL

BC)     Email from Heverling to Bell re: Heather Gordon, dated 07/07/2008 (EH001036-001037)

BD)     Email from Lubchansky to Bell re: Target Market and List 0107, dated 02/02/2007 (EH001040)

BE)     Email from Lubchansky to Bell, dated 02/07/2007 (EH001054-001055)

BF)     Email from Kellerd to Bell re: London Position, dated 12/08/2009 (EH001318)

BG)     Email from Kellerd to Bell re: Possible Applicants, dated 09/18/2009 (EH001319)

BH)     Email from Salerni to Bell, dated 11/17/2008 (EH001321-001323)

BI)     Email from Tocili to Bell re: London Position, dated 09/17/2009 (EH001324-001325)

BJ)     Email from Tocili to Bell re: London Position, dated 09/17/2009 (EH001326)

BK)     Email from Avalo to Bell, dated 06/09/2009 (EH001330)

BL)     Email from Kellerd to Bell, dated 09/17/2009 (EH001337)

BM)     Job Description, Explorica Inc. Rest of World Operations Manager (EH001338-001339)

BN)     Email from Valentino to Bell re: Wyndham Hotels, dated 07/05/2008 (EH001363)

BO)   Email from Valentino to Bell re: Wyndham Hotels, dated 07/01/2008 (EH001364)

BP)   Email from Kellerd to Bell re: Wyndham Hotels, dated 07/03/2008 (EH001366)

BQ)   Branding Comments (EH001519-001541)

BR)   Mental Stimulation and Lifelong Learning Activities in the 55+ Population, dated 02/00/2007 (EH006546-006571)

BS)   Younger participants document beginning with letter from Joyce Crump (EH009757-009770)

BT)   Letter from Slade to Moses, dated 10/10/2007 (EH016870-016874)

BU)   Age at Departure histogram (EH017253)

BV)   USPTO Office Action re: Exploritas (EH017259-017263)

BW)   Explorient Website (EH017401)

BX)   Explora website (EH017402)

BY)   Explora website (EH017403)

BZ)   Explora SA mark (EH017404-017405)

CA)   Explora SA website (EH017406)

CB)   USPTO Explora mark (EH017407-017408)

CB)   Exploradus website (EH017409)

CD)   Explorations USPTO TESS Search (EH017410-017411)

CE)   USPTO Explorations mark (EH017412-017413)

CF)   Exploria website (EH017414)

CG)   Exploriada website (EH017415)

CH)   Explorica Catalog page (EH017417)

CI)   Explorica Catalog page (EH017418)

CJ)   Exploring America website page (EH017429)

CK)   USPTO TESS search for explorist (EH017430-017431)

CL)   Explorita website page (EH017432)

14

CM) Exploritas catalog (EH017433)

CN) Explorize website page (EH017435)

CO) USPTO iExplore mark (EH017436-017437)

CP) iExplore website page (EH017438-017439)

CQ) Old Explorica family tours website page (EH017440)

CR) Explorica summer academy page (EH017441)

CS) Exploritas and Explorica logos (EH017442)

CT) Exploradus about us page (017453-017454)

CU) Explorient about us page (EH017455)

CW) whois.net page for exploringamerica.com (EH017456)

CX) Iexplore about us page (EH017457)

CY) USPTO Notice of Allowance for Exploritas mark, dated 09/23/2008 (EH017458-017459)

CZ) Explorica website from 01/08/2008 (EH017460)

DA) Explorica website from 07/02/2008 (EH017461-017462)

DB) Explorica website from 07/05/2007 (EH017463)

DC) Explorica website from 03/01/2008 (EH017464-017465)

DD) Explorica website from 05/02/2008 (EH017466)

DE) Explorica website from 11/01/2007 (EH017467)

DF) Explorica website from 09/06/2007 (EH017468)

DG) iExplore.com document entitled, Soros Private Equity Partners Lead $12.5 Million Second Round Financing for iExplore, dated 04/26/2000 (EXPLORICA_000210-000219)

DH) Presentation Session - Focus Group (EXPLORICA_001089-001093)

DI) CANACCORD/Adams document, dated 06/08/2006 (EXPLORICA_001364-001420)

DJ) Youth Demographics Fact Sheet, dated 11/00/2006 (EXPLORICA_001808-001829)

DK) Intro Letter to Sheryl - People to People Pin Request (EXPLORICA_001997)

15

DL)    The Wagner Group Unique Selling Proposition Test prepared for Explorica, dated 03/00/2009 (EXPLORICA_002142-002179)

DM)    Email from Bourdelaise to Castanino, dated 09/26/2006 (EXPLORICA003784-003785)

DN)    Email from Kellerd to DeGrandis, dated 12/04/2001 (EXPLORICA_004149-004150)

DO)    Email from Kellerd to Olsson re: Wyndham Hotels, dated 07/01/2008 (EXPLORICA_004324-004325)

DP)    Explorica Presentation to Charlesbank Capital Partners, dated 10/07/2009 (EXPLORICA_006220-006270)

DQ)    Explorica presentation to Leeds Equity Partners, dated 04/15/2009 (EXPLORICA_006271-006322)

DR)    Explorica presentation to Redwood Capital, dated 05/20/2009 (EXPLORICA_006323-006370)

DS)    Explorica Customer Database Excel Spreadsheet (EXPLORICA_006946)

DT)    Explorica group leader affiliation list (EXPLORICA_006999) (Dunn 3)

DU)    Selected Brand Equity documents

DV)    Summary exhibits relating to Explorica's customer database

DW)    Screen shot of a Google search (EH017470)

DX)    Google Parisian Love video at http://www.youtube.com/watch?v=nnsSUqgkDwU

DY)    Elderhostel Customer Database (EH017469)

DZ)    Exploradus website (duplicate CB entry) (EH017409)

EA)    File Wrapper for Explorica, Inc. bearing Registration No. 2732669 (EH017471-17592)

EN)    Explor website page (EH017605)

EO)    ExplorAsia website page (EH017606)

EP)    Explore! Website page (EH017607)

FE)    Response to Office Action dated April 27, 2001 (EH017622-34)

FF)    Elderhostel Mission Statement (EH017635)

LIBA/2066088.5

| | |
|---|---|
| EXPLORICA, INC. | ELDERHOSTEL, INC. |
| By its attorneys, | By its attorneys, |
| /s/ Mark S. Puzella<br>Mark S. Puzella (BBO No. 644850)<br> *mpuzella@goodwinprocter.com*<br>James C. Rehnquist (BBO No. 552602)<br> *jrehnquist@goodwinprocter.com*<br>R. David Hosp (BBO No. 634091)<br> *rhosp@goodwinprocter.com*<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts  02109<br>Tel.:  617.570.1000<br>Fax:  617.523.1231 | /s/ Michael Albert<br>Michael Albert, BBO #558566<br>*malbert@wolfgreenfield.com*<br>Allen Rugg, BBO #674484<br>*arugg@wolfgreenfield.com*<br>Jeffrey C. O'Neill, BBO #663254<br>*joneill@wolfgreenfield.com*<br>WOLF, GREENFIELD & SACKS, P.C<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel: 617.646.8000<br>Fax: 617.646.8646<br><br>Ilan N. Barzilay, BBO # 643978<br>*ibarzilay@seyfarth.com*<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>Tel: 617.946.4800<br>Fax: 617.946.4801 |

Dated: February 16, 2010

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 16, 2010.

/s/ Mark S. Puzella