IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EXPLORICA, INC.

       Plaintiffs,

v.                                                    Civil Action No. 09-11719-RGS

ELDERHOSTEL, INC.
d/b/a EXPLORITAS,

       Defendants.

## ELDERHOSTEL'S MOTION TO DISMISS EXPLORICA'S STATE DILUTION CLAIM

Defendant Elderhostel moves this court to dismiss Explorica's state dilution claim

(Amended Complaint, D.I. 24, Count V) under Mass. Gen. Laws ch. 110H § 13.

A federal registration of a trademark is a complete bar to state dilution claims under 15

U.S.C. 1125(c)(6)(A).  That statute states:

> (6) Ownership of valid registration a complete bar to action
> The ownership by a person of a valid registration under the Act of March 3, 1881,
> or the Act of February 20, 1905, or on the principal register under this chapter
> shall be a complete bar to an action against that person, with respect to that mark,
> that—
> (A)
> > (i) is brought by another person under the common law or a statute of a
> > State; and
> > (ii) seeks to prevent dilution by blurring or dilution by tarnishment

Elderhostel obtained Federal Registration 3,729,057 for its EXPLORITAS® mark on

December 22, 2009.  (Joint Exhibit 94).

Because § 1125(c)(6)(A) is a complete bar to state dilution claims, this Court should

dismiss Explorica's state dilution claim under Mass. Gen. Laws. ch. 110H § 13.

Respectfully submitted,

ELDERHOSTEL, INC.

By its attorneys,

Dated:  February 22, 2010

/s/ Michael A. Albert
Michael Albert, BBO #558566
malbert@wolfgreenfield.com
Allen Rugg, BBO #674484
arugg@wolfgreenfield.com
Jeffrey C. O'Neill, BBO #663254
joneill@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel: 617.646.8000
Fax: 617.646.8646

Ilan N. Barzilay, BBO # 643978
ibarzilay@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA  02210
Tel: 617.946.4800
Fax: 617.946.4801

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert

BO1 16018610.1