UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 09-11719-RGS

EXPLORICA, INC.

v.

ELDERHOSTEL, INC.
d/b/a EXPLORITAS

ORDER ON POST-TRIAL DISCOVERY

March 1, 2010

STEARNS, D.J.

The court adopts the parties' proposed schedules as modified.

1. Elderhostel to produce requested damages documents: On or before March 12, 2010.

2. Explorica to file a concise statement as to the nature of all equitable and legal relief sought: On or before March 12, 2010.

3. All requests for production of documents to be served by close of business March 17, 2010, and answered by close of business March 25, 2010.

4. Parties to complete one Rule 30(b)(6) deposition each on the issue of damages: On or before March 31, 2010.

5. Explorica to file its brief on injunctive relief, damages, and exceptional case issues: April 7, 2010 (20-page limit).

6. Elderhostel to file its response: On or before April 14, 2010 (20-page limit).

The court will schedule an April hearing, if possible, or a hearing at the earliest practicable date thereafter on all outstanding issues.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE