# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPLORICA, INC.<br><br>       Plaintiff,<br><br>v.<br><br>ELDERHOSTEL, INC.<br>d/b/a EXPLORITAS,<br><br>       Defendant. | Civil Action No.  09-11719 (RGS) |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the document, declaration, and exhibits listed below have been manually filed with the Court:

1. Plaintiff Explorica Inc.'s Post-Verdict Memorandum In Support of Its Request for Injunctive and Monetary Relief and attached Exhibit A;

2. Fourth Declaration of Michael T. Jones and attached Exhibits 1 – 64;

3. Declaration of Olle Olsson and attached Exhibits A – C; and

4. Declaration of Susan J. Young and attached Exhibits A – Y.

The original of the documents referred to herein are maintained in the case file in the Clerk's Office.

* * *

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | EXPLORICA, INC., |
|  | By its attorneys, |
| Dated: April 7, 2010 | /s/ Mark S. Puzella |
|  | James C. Rehnquist (BBO No. 552602) |
|  | *jrehnquist@goodwinprocter.com* |
|  | Mark S. Puzella (BBO No. 644850) |
|  | *mpuzella@goodwinprocter.com* |
|  | R. David Hosp (BBO No. 634091) |
|  | *rhosp@goodwinprocter.com* |
|  | GOODWIN PROCTER LLP |
|  | 53 State Street |
|  | Boston, Massachusetts  02109 |
|  | Tel.:  617.570.1000 |
|  | Fax:  617.523.1231 |

## CERTIFICATE OF SERVICE

I, Mark S. Puzella, hereby certify that a true copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 7, 2010.

/s/ Mark S. Puzella
Mark S. Puzella

LIBA/2064036.2