IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPLORICA, INC.<br><br>     Plaintiffs,<br><br>v.<br><br>ELDERHOSTEL, INC.<br>d/b/a EXPLORITAS,<br><br>     Defendants. | Civil Action No. 09-11719-RGS |

### NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the following documents and exhibits listed below were manually filed with the court on April 12, 2010:

1. Elderhostel's Assented To Motion for Leave to File a Supplemental Memorandum in Support of Its Emergency Motion For Enlargement of Time to Respond to Explorica's Brief in Support of Its Request For Injunctive And Monetary Relief

2. Elderhostel's Supplemental Memorandum in Support of Its Emergency Motion For Enlargement of Time to Respond to Explorica's Brief in Support of Its Request For Injunctive And Monetary Relief

The original documents referred to herein are maintained in the case file in the Civil Clerk's Office.

Respectfully submitted,

ELDERHOSTEL, INC.

By its attorneys,

Dated:  April 12, 2010              /s/ Allen S. Rugg
                                    Michael Albert, BBO #558566
                                    malbert@wolfgreenfield.com
                                    Allen S. Rugg, BBO#674484
                                    arugg@wolfgreenfield.com
                                    Jeffrey C. O'Neill, BBO #663254
                                    joneill@wolfgreenfield.com
                                    WOLF, GREENFIELD & SACKS, P.C
                                    600 Atlantic Avenue
                                    Boston, Massachusetts 02210
                                    Tel: 617.646.8000
                                    Fax: 617.646.8646

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Allen S. Rugg