IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPLORICA, INC.<br><br>        Plaintiffs,<br><br>v.<br><br>ELDERHOSTEL, INC.<br>d/b/a EXPLORITAS,<br><br>        Defendants. | Civil Action No. 09-11719-RGS |

## **NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that the following documents and exhibits listed below were manually filed with the court on April 21, 2010:

1. Elderhostel's Brief in Opposition to Explorica's Request for Injunctive and Monetary Relief;

2. Declaration of Christopher C. Walsh and exhibits in Support of Elderhostel's Brief in Opposition to Explorica's Request for Injunctive and Monetary Relief; and

2. Expert report of Philip Green and exhibits.

The original documents referred to herein are maintained in the case file in the Civil Clerk's Office.

**19956916.1**                                                 1

Respectfully submitted,

ELDERHOSTEL, INC.

By its attorneys,

Dated: April 21, 2010	/s/ Allen S. Rugg
Michael Albert, BBO #558566
malbert@wolfgreenfield.com
Allen S. Rugg, BBO#674484
arugg@wolfgreenfield.com
Jeffrey C. O'Neill, BBO #663254
joneill@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel: 617.646.8000
Fax: 617.646.8646

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Allen S. Rugg