# **<u>Exhibit B</u>**

**Cataldo, Anthony H**

| | |
|---|---|
| **From:** | Christopher C. Walsh [Christopher.Walsh@WolfGreenfield.com] |
| **Sent:** | Wednesday, April 21, 2010 5:48 PM |
| **To:** | Rehnquist, James C; Puzella, Mark S; Hosp, R David; Jones, Michael T; Launer, Josh L; Cataldo, Anthony H |
| **Cc:** | Rugg, Allen S.; Albert, Michael; O'Neill, Jeffrey C. |
| **Subject:** | Explorica v. Elderhostel -- Document Production |
| **Attachments:** | PDF2010-04-21.zip |

Dear Counsel for Explorica:

Attached please find Elderhostel's production of documents bearing production numbers EH017732-81. The attached ZIP archive containing the documents is also available for download at ftp://ftp.wolfgreenfield.com/outbound/jstevens

The password to access the documents in the ZIP archive is: ExpertPDFs

Please let me know if you have any difficulties accessing the files.

Regards,

Chris

**Christopher C. Walsh**
ccwalsh@wolfgreenfield.com
617.646.8389

**Wolf Greenfield**
*Specialists in Intellectual Property Law*
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000  |  617.646.8646 fax

**For more information about Wolf Greenfield, please visit us at http://www.wolfgreenfield.com**
_____

*This e-mail message and any attachments may contain confidential or privileged information.  If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*